## Commonwealth *v.* Shank, Appellant.

Submitted March 22, 1974. *Calvin S. Drayer, Jr.*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *J. David Bean*, Assistant District

734

Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.